UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
POST OFFICE BOX 2746
TEXARKANA, ARKANSAS 75504
(870) 773-3381    FAX (870) 772-4802

CHRISTOPHER R. JOHNSON
CLERK

**TEXARKANA DIVISION**

April 16, 2007

P. O. BOX 1566
EL DORADO, ARKANSAS 71730

P. O. BOX 1547
FORT SMITH, ARKANSAS 72902

35 E. Mountain, Room 510
FAYETTEVILLE, ARKANSAS 72701

P.O. BOX 6406
HOT SPRINGS, ARKANSAS 71902

Clerk, Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Suite G-255, North Lobby
Washington, DC 20002-8004

Re: Texarkana Division Civil Case No. 07-4036
    Kirby Cooper vs. Menu Foods Income Fund, et al

Dear Clerk:

We are forwarding a copy of our docket sheet and the Complaint in our civil case number 07-4036 for your determination of transfer of this case to the MDL.

                                Sincerely,

                                CHRISTOPHER R. JOHNSON, CLERK

                                BY: /s/ Charlotte Powell
                                    Deputy Clerk

Enclosures