# AFFIDAVIT OF SERVICE

| State of ARKANSAS | County of WESTERN | District Court |
|---|---|---|

Case Number: CN 2007-4036

Plaintiff:
**KIRBY COOPER, ET AL**
vs.
Defendant:
**MENU FOODS MIDWEST CORPORATION, ET AL**

For: Mr. Jason Hatfield
LUNDY & DAVIS, LLP

Received by MYERS ATTORNEY'S SERVICE on the 25th day of April, 2007 at 3:42 pm to be served on WAL-MART STORES INC, BY SERVING, THE CORPORATION COMPANY, AGENT FOR SERVICE, 425 W. CAPITOL AVE., SUITE 1700, LITTLE ROCK, AR 72201. I, _Fred Myers_, being duly sworn, depose and say that on the _26_ day of _April_, 2007 at _9:00_ a.m., executed service by delivering a true copy of the **SUMMONS & NOTICE, COMPLAINT** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(X) CORPORATE SERVICE: By Serving _Ms. Karen Moore_ as _Employee of Registered Agent, Authorized to Accept Service_

( ) OTHER SERVICE: See Comments Below:

( ) NON SERVICE: See Comments Below:

Service Was Completed At: _The Corporation Company, 425 W. Capitol, #1200, Little Rock, AR 72201_

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Andrew B. Myers_
NOTARY PUBLIC

ANDREW B. MYERS
NOTARY PUBLIC - ARKANSAS
PULASKI COUNTY - #12349678
My Comm. Expires Aug. 27, 2016

_Fred Myers_
PROCESS SERVER # _062_
Appointed in accordance
with State Statutes

**MYERS ATTORNEY'S SERVICE**
300 Spring Building
300 Spring Street, Suite 612
Little Rock, AR 72201
(501) 376-6266
Our Job Serial Number: 2007001672

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i



# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

TEXARKANA DIVISION

KIRBY COOPER, Individually and on behalf of all others similarly situated,

          Plaintiffs

V.

MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND, MENU FOODS SOUTH DAKOTA INC., MENU FOODS INC., MENU FOODS HOLDINGS, INC. AND WAL-MART STORES, INC.

          Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-4036

TO: (Name and address of Defendant)

**WAL-MART STORES, INC.**

**The Corporation Company
Registered Agent for Service
425 W. Capitol Ave., Suite 1700
Little Rock, AR 72201**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason M. Hatfield
Lundy & Davis, LLP
300 N. College Ave., Suite 309
Fayetteville, AR 72701
(479) 527-3921
(479) 587-9196 (fax)
jhatfield@lundydavis.com

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CHRISTOPHER R. JOHNSON

CLERK

(By) DEPUTY CLERK

4/13/07

DATE