KIRBY COOPER, ET ALS

**Plaintiff**

vs.

MENU FOODS INCOME FUND, ET ALS

**Defendant**

**Person to be served (Name and Address):**
MENU FOODS, INC.
C/O REGISTERED AGENT FOR SERVICE CORPORATION TRUST COMPANY
820 BEAR TAVERN ROAD
WEST TRENTON NJ 08528
**By serving:** MENU FOODS, INC.

**Attorney:** JASON M. HATFIELD, ESQ

**Papers Served:** SUMMONS AND COMPLAINT

**Service Data:**   [X] Served Successfully   [ ] Not Served

**Date/Time:**   04/24/2007  01:07PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

DISTRICT Court Of ARKANSAS

ARKANSAS Venue

Docket Number: 07 4036

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:  Date/Time: _____
           Date/Time: _____
           Date/Time: _____

Name of Person Served and relationship/title:

ANNMARIE CONTI

FULFILLMENT SPECIALIST

**Description of Person Accepting Service:**

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

24 day of April, 2007

Notary Signature: _____
CHERYL M. DE VERA
NOTARY PUBLIC OF NEW JERSEY
Name of Notary   Commission Expiration
My Commission Expires April 6, 2011

I, JAMES NUNN,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   4/24/2007
Signature of Process Server   Date

R R

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____ARKANSAS_____

TEXARKANA DIVISION

KIRBY COOPER, Individually and on behalf
of all others similarly situated,

                Plaintiffs     SUMMONS IN A CIVIL ACTION

V.

MENU FOODS MIDWEST CORPORATION, MENU FOODS
INCOME FUND, MENU FOODS SOUTH DAKOTA INC.,
MENU FOODS INC., MENU FOODS HOLDINGS,
INC. AND WAL-MART STORES, INC.

CASE NUMBER: 07-4036

                Defendants


TO: (Name and address of Defendant)

MENU FOODS, INC.

c/o Registered Agent for Service
Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ  08628


YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason M. Hatfield
Lundy & Davis, LLP
300 N. College Ave., Suite 309
Fayetteville, AR 72701
(479) 527-3921
(479) 587-9196 (fax)
jhatfield@lundydavis.com


an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CHRISTOPHER R. JOHNSON          4/13/07

CLERK                                              DATE

_[signature: Charlotte Powell]_

(By) DEPUTY CLERK