UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| KIRBY COOPER, Individually and On behalf of all others similarly situated,<br>　　　　Plaintiffs<br><br>vs.<br><br>MENU FOODS INCOME FUND; MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS INC., MENU FOODS HOLDINGS, INC. and WAL-MART STORES, INC.<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. CV 07-4036<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO STAY

COMES NOW the Separate Defendant, MENU FOODS, INC., by and through counsel, JONES & HARPER, and moves this Court to stay all proceedings in this action, including but not limited to Separate Defendant's obligation to timely respond to Plaintiffs' Complaint, pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. §1407 and pending a determination of class certification by the transferor court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support of its Motion to Stay, Separate Defendant Menu Foods, Inc. has attached Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O

and P, and contemporaneously has filed with the Court a Brief in Support of its Motion to Stay.

WHEREFORE, Separate Defendant MENU FOODS, INC. respectfully requests this Honorable Court enter an Order staying further proceedings in this matter, including but not limited to Separate Defendant's obligation to timely respond to Plaintiffs' Complaint, pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

Respectfully submitted,

/s/ Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

And

Edward B. Ruff
Michael P. Turiello
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

ATTORNEYS FOR SEPARATE
DEFENDANT MENU FOODS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this _____ day of May, 2007, by first class mail, postage prepaid to:

Jason M. Hatfield
LUNDY & DAVIS, L.L.P.
300 N. College Ave., Suite 309
Fayetteville, AR 72701

Attorney for the Plaintiff

                                        /s/ Christy Comstock
                                      Christy Comstock