Cooper v. Menu Foods Income Fund et al
Case 5:07-cv-05065-RTD   Document 13   Filed 05/07/2007   Page 1 of 2
Case 4:07-cv-04036-HFB   Document 5   Filed 05/08/2007   Page 1 of 2
Doc. 5 Att. 22

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SANDRA L. GRAY, Individually and
NICK JACKSON and DEENA JACKSON as
Husband and Wife and all other Persons
Similarly Situated                                              PLAINTIFFS

V.                          Civil No. 07-5065

MENU FOODS; MENU FOODS INCOME
FUND; MENU FOODS GEN PAR LIMITED;
MENU FOODS LIMITED PARTNERSHIP;
MENU FOODS OPERATING PARTNERSHIP;
MENU FOODS MIDWEST CORP.; MENU FOODS
SOUTH DAKOTA; MENU FOODS, INC.;
MENU FOODS HOLDING, INC.; WAL-MART
STORES, INC.; XUZHOU ANYING BIOLOGIC
TECHNOLOGY DEVELOPMENT CO., LTD.                                DEFENDANTS

O R D E R

Currently before the Court is the Motion to Stay (Doc. 2) filed by Separate Defendants Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corporation; Menu Foods South Dakota, Inc.; Menu Foods, Inc. and Menu Foods Holdings, Inc. (the Menu Foods Defendants). Also before the Court is an Agreed Motion for Extension of Time (Doc. 12) filed by Separate Defendant Wal-Mart Stores, Inc.

The Menu Foods Defendants state that this action should be stayed pending a transfer decision by the Judicial Panel on Multi-district litigation ("MDL"). Plaintiffs object to a stay and ask the Court to order the defendants to answer Plaintiffs' Complaint and proceed with discovery.

Upon consideration, the Menu Foods Defendants' Motion to Stay (Doc. 2) is GRANTED and this action is hereby stayed pending the transfer decision by the MDL. Further, Wal-Mart's Motion (Doc. 12) is GRANTED, and the defendants are not required to file any responsive pleadings to Plaintiffs' Complaint during the pendency of this stay.

IT IS SO ORDERED this 7th day of May 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge