CLOSED, EGT, STAY

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:07-cv-20955-JAL

| | |
|---|---|
| Donnelly et al v. Menu Foods, Inc. et al | Date Filed: 04/10/2007 |
| Assigned to: Judge Joan A. Lenard | Jury Demand: Plaintiff |
| Cause: 28:1391 Personal Injury | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Stephen Donnelly**                represented by **Scott Rhead Shepherd**
Shepherd Finkelman Miller & Shah
4400 N Federal Highway
Lighthouse Point, FL 33064-1717
954-943-9191
Fax: 943-9173
Email: sshepherd@classactioncounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Hirni**                  represented by **Scott Rhead Shepherd**
*on behalf of themselves and all others*       (See above for address)
*similarly situated*                *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods, Inc.**                represented by **Robert Dewitt McIntosh**
*a New Jersey corporation*              Adorno & Yoss
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL 33335-9002
954-523-5885
Fax: 760-9531
Email: rdm@adorno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Income Fund**          represented by **Robert Dewitt McIntosh**
(See above for address)
*LEAD ATTORNEY*

Dockets.Justia.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Holdings, Inc.**    represented by **Robert Dewitt McIntosh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Midwest Corporation**    represented by **Robert Dewitt McIntosh**
*a Delaware corporation*    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chemnutra Inc.**
*a Delaware corporation*

**Defendant**

**Chemnutra LLC**

**Defendant**

**Xuzhou Anying Biologic Technology Development Company LTD.**

**Defendant**

**Suzhou Textile Import and Export Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2007 | 1 | COMPLAINT against Chemnutra Inc., Chemnutra LLC, Xuzhou Anying Biologic Technology Development Company LTD., Suzhou Textile Import and Export Company, Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation Filing fee $ 350. Receipt#: 957779, filed by Stephen Donnelly, Jennifer Hirni.(vt) (Entered: 04/11/2007) |
| 05/01/2007 | 2 | Defendant's MOTION to Stay re 1 Complaint, *All Proceedings* by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation. Responses due by 5/15/2007 (McIntosh, Robert) (Entered: 05/01/2007) |
| 05/01/2007 | 3 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits A-I)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |

| | | |
|---|---|---|
| 05/01/2007 | 4 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibit A-II)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 5 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits B-I)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 6 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits B-II)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 7 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits B-III)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 8 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits C-I)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 9 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits C-II)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 10 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibits C-III)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 11 | NOTICE of filing Exhibits by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibits C-IV)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 12 | NOTICE of filing Exhibit by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibit D)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 13 | NOTICE of filing Exhibit by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Exhibit E)(McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/01/2007 | 14 | NOTICE of filing Stipulation and Proposed Order by Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Holdings, Inc., Menu Foods Midwest Corporation re 2 Defendant's MOTION to Stay re 1 Complaint, All Proceedings (Attachments: # 1 Stipulation & Proposed Order) (McIntosh, Robert) Modified on 5/3/2007 (ls). [Missing description on exhibits/attachments-corrected by Court] (Entered: 05/01/2007) |
| 05/02/2007 | 15 | ORDER granting 2 Motion to Stay and Administratively Closing Case. Upon the stipulation of the parties [14-2], filed as part of the Motion to Stay, this case is stayed and administratively closed pending transfer to Multidistrict Litigation. This entry constitutes the ENDORSED Order in its entirety. Signed by Judge Joan A. Lenard on 5/2/07. (lc1) (Entered: 05/02/2007) |
| 05/03/2007 | 16 | Notice of Docket Correction: re 7 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 12 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 14 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 13 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 4 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 10 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 8 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 6 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 5 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest |

|   |   | Corporation,, 9 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 3 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation,, 11 Notice (Other), Notice (Other) filed by Menu Foods, Inc.,, Menu Foods Income Fund,, Menu Foods Holdings, Inc.,, Menu Foods Midwest Corporation, Error: Attachments not described correctly-corrected by Court (ls) (Entered: 05/03/2007) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2007 10:00:39 | | | |
| **PACER Login:** | jh0500 | **Client Code:** | Menu Foods |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-20955-JAL |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |