## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
#### Texarkana Division

**KIRBY COOPER, Individually**
**And on behalf of others similarly situated**                          **PLAINTIFFS**

**VS**                                   **Case No. 07-4036**

**MENU FOODS INCOME FUND,**
**MENU FOODS MIDWEST**
**CORPORATION, MENU FOODS**
**SOUTH DAKOTA, INC., MENU FOODS,**
**INC., MENU FOODS HOLDINGS, INC.,**
**And WAL-MART STORES, INC.**                               **DEFENDANTS**

### ENTRY OF APPEARANCE

Marshall S. Ney, of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., hereby enters his appearance as counsel on behalf of Separate Defendant, Wal-Mart Stores, Inc.; and requests that he receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward.

This 15th day of May, 2007.

Respectfully submitted,

/s/ Marshall S.  Ney
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
    WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone:  479-464-5653; Fax:  479-464-5680
mney@mwsgw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Christy Comstock
ccomstock@joneslawfirm.com

Jason M. Hatfield
jhatfield@lundydavis.com

_____/s/ Marshall S.  Ney_____
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
     WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone:  479-464-5653
Fax:  479-464-5680
mney@mwsgw.com

1064416.1

2