## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### Texarkana Division

**KIRBY COOPER, Individually**
**And on behalf of others similarly situated**                                **PLAINTIFFS**

**VS**                        **Case No. 07-4036**

**MENU FOODS INCOME FUND,**
**MENU FOODS MIDWEST**
**CORPORATION, MENU FOODS**
**SOUTH DAKOTA, INC., MENU FOODS,**
**INC., MENU FOODS HOLDINGS, INC.,**
**And WAL-MART STORES, INC.**                                **DEFENDANTS**

### MOTION FOR CLERK'S EXTENSION

Separate Defendant, Wal-Mart Stores, Inc., by its attorneys Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Motion for Clerk's Extension, states.

1. Wal-Mart Stores, Inc., was served by process server on April 26, 2007.

2. Pursuant to Local Rule 6.2, Wal-Mart Stores, Inc. requests an additional 15 days to file its first responsive pleading.

3. Counsel for Plaintiff has consented to the extension.

WHEREFORE, Defendant Wal-Mart Stores, Inc., prays that the deadline for its first responsive pleading be extended until May 31, 2007, and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

/s/ Marshall S. Ney
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
   WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653; Fax: 479-464-5680
mney@mwsgw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Christy Comstock
ccomstock@joneslawfirm.com

Jason M. Hatfield
jhatfield@lundydavis.com

                                              /s/ Marshall S. Ney
                                  Marshall S. Ney, Arkansas Bar No. 91108
                                  Attorney for Separate Defendant
                                  Wal-Mart Stores, Inc.

                                  MITCHELL, WILLIAMS, SELIG, GATES &
                                      WOODYARD, P.L.L.C.
                                  5414 Pinnacle Point Dr., Suite 500
                                  Rogers, AR 72758
                                  Phone:  479-464-5653
                                  Fax:  479-464-5680
                                  mney@mwsgw.com

1064408.1