```
                 IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         TEXARKANA DIVISION
```

KIRBY COOPER, Individually and
on behalf of others similarly situated            PLAINTIFF(S)

vs.                          Civil No. 07-4036

MENU FOODS INCOME FUND, et al                     DEFENDANT(S)

<u>CLERK'S ORDER</u>

   Upon request of Marshall S. Ney, attorney for Wal-Mart Stores, Inc., with written statement that he has obtained the consent of the opposing parties, Wal-Mart Stores, Inc. is hereby granted until and including May 31, 2007, in which to respond or otherwise plead in this matter.

                                    AT THE DIRECTION OF THE COURT

                                    CHRISTOPHER R. JOHNSON, CLERK


                                    by: /s/ Charlotte Powell
                                            Deputy Clerk

Dated: May 16, 2007