IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIRBY COOPER, Individually							PLAINTIFF
and On Behalf of All Others
Similarly Situated

VS.					CASE NO. 07-CV-4036

MENU FOODS INCOME FUND,
MENU FOODS MIDWEST CORP.,
MENU FOODS SOUTH DAKOTA,
INC., MENU FOODS, INC., MENU
FOODS HOLDINGS, INC., and
WAL-MART STORES, INC.							DEFENDANTS

## ORDER

On May 8, 2007, Separate Defendant Menu Foods, Inc. ("Menu Foods") filed a Motion to Stay, (Doc. 5) pending a transfer decision by the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407. Now before the Court is Menu Foods' Motion for Extension of Time to Respond. (Doc. 7). Menu Foods seeks to extend its time to respond to Plaintiff's complaint until the Court has ruled on the Motion to Stay. Plaintiffs oppose the requested extension.

Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, Separate Defendant Menu Foods, Inc.'s Motion for Extension of Time to Respond should be and hereby is **GRANTED**. Menu Foods will have twenty (20) days following the entry of this Court's ruling on the Motion to Stay in which to file its first responsive pleading to Plaintiff's complaint.

**IT IS SO ORDERED**, this 16th day of May, 2007.

									/s/ Harry F. Barnes
									Hon. Harry F. Barnes
									United States District Judge