UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| KIRBY COOPER, Individually and On behalf of all others similarly situated,<br>Plaintiffs<br><br>vs.<br><br>MENU FOODS INCOME FUND; MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS INC., MENU FOODS HOLDINGS, INC. and WAL-MART STORES, INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CV 07-4036<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Comes now Christina D. Comstock of the law firm of Jones & Harper and counsel of record for Separate Defendants Menu Foods, Inc. and pursuant to Local Rule 83.5, moves this Court for admission, *pro hac vice*, of attorneys Edward B. Ruff, III, Priya K. Jesani, and Michael P. Turiello, Pretzel & Stouffer, One South Wacker Drive, Suite 2500, Chicago, Illinois, 60606-4673, telephone (312) 346-1973 and facsimile (312) 346-8242 for the sole purpose of representing Defendants in the above-captioned case, and in support of said Motion states as follows:

    1.    Christina D. Comstock is an attorney licensed to practice law in the State of Arkansas, a member in good standing of the Arkansas Bar and the United States

District Courts for the Eastern and Western Districts of Arkansas, and is counsel in this case representing Defendants. Attorney Comstock maintains two (2) offices in the Western District of Arkansas.

2. Edward B. Ruff, III, is a member in good standing of the Illinois Bar with bar number 6181332, and is admitted and in good standing in the United States District Court for the Northern District of Illinois. *See* Exhibit A, Certificate of Good Standing for Attorney Edward B. Ruff, III from the United States District Court for the Northern District of Illinois.

3. Michael P. Turiello, is a member in good standing of the Illinois Bar with bar number 6238272, and is admitted and in good standing in the United States District Court for the Northern District of Illinois. *See* Exhibit B, Certificate of Good Standing for Attorney Michael P. Turiello from the United States District Court for the Northern District of Illinois.

4. Priya K. Jesani, is a member in good standing of the Illinois Bar with bar number 6270114, and is admitted and in good standing in the United States District Court for the Northern District of Illinois. *See* Exhibit C, Certificate of Good Standing for Attorney Priya K. Jesani from the United States District Court for the Northern District of Illinois.

5. The undersigned attorney states and affirms that these attorneys shall comply with the Federal Rules of Civil Procedure as well as the Local Rules for the

United States District Courts for the Western and Eastern District of Arkansas, procedures and requirements of this Court.

WHEREFORE, Christina D. Comstock moves the Court to admit attorneys Edward B. Ruff, III, Michael P. Turiello and Priya K. Jesani, for the sole purpose of representing the Separate Defendant Menu Foods, Inc. in the above-captioned case.

Respectfully submitted,

    /s/ Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

ATTORNEYS FOR SEPARATE
DEFENDANT MENU FOODS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this _____ day of May, 2007, by first class mail, postage prepaid to:

Jason M. Hatfield
LUNDY & DAVIS, L.L.P.
300 N. College Ave., Suite 309

    /s/ Christy Comstock
Christy Comstock