Duplicate Original

# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the Western District of Arkansas - Texarkana Division

Kirby Cooper, Individually and on behalf of all others
Similarly situated
Plaintiff(s)

Case No: 07-4036

v

Menu Foods Midwest Corporation, et al
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Menu Foods Holdings, Inc.

With the (documents) Summons; Complaint; and Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

Person Served: Scott LaScala of The Corporation Trust Company, Registered Agent

Service Address: The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: May 1, 2007                    Time of Service: 1:50 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address    ( ) Evading              ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist    ( ) Service canceled by Litigant    ( ) Unable to serve in a timely fashion

**Description:** Age: 40's   Sex: M   Race: W      Hgt: 5'10"  Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 14, 2007                  at    Wilmington,       Delaware
Date                          City              State

                                              Daniel Newcomb, Process Server
State of Delaware                             Delaware Attorney Services
County of New Castle                          2000 Pennsylvania Avenue, Suite 207
                                              Wilmington, DE  19806  (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on May 14, 2007

**Witness My Hand and Official Seal To**

                                              Kimberly J. Ryan, My Commission Expires 6/15/08
                                              Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
Commission Expires Jun 15, 2008