UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| KIRBY COOPER, Individually and<br>On behalf of all others similarly situated,<br>     Plaintiffs<br><br>vs.<br><br><br>MENU FOODS INCOME FUND; MENU<br>FOODS MIDWEST CORPORATION,<br>MENU FOODS SOUTH DAKOTA, INC.,<br>MENU FOODS INC., MENU FOODS<br>HOLDINGS, INC. and WAL-MART<br>STORES, INC.<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CV 07-4036<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CONDITIONAL TRANSFER TO DISTRICT OF NEW JERSEY

COMES NOW the Defendants, and hereby gives notice to this Honorable Court that on June 28, 2007, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order, attached hereto as Exhibit A and incorporated herein by reference, to conditionally transfer this tag-along action to a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), which has been assigned to Judge Noel L. Hillman of the District of New Jersey.

Respectfully submitted,

    /s/ Christy Comstock
Christy Comstock (AR #92246)
Robert L. Jones, III (AR #69041)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189

ATTORNEYS FOR SEPARATE
MENU FOODS, INC.

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this __3___ day of July 2007, by first class mail, postage prepaid to:

Jason M. Hatfield
LUNDY & DAVIS, L.L.P.
300 N. College Ave., Suite 309
Fayetteville, AR 72701

Attorney for the Plaintiff


                                           /s/ Christy Comstock
                                           Christy Comstock